FILED

2007 Jul-12  AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

DAVID CICERO PUCKETT,            )
                                 )
            Plaintiff,           )
                                 )
vs.                              )        Case No. 1:07-cv-00701-KOB-RRA
                                 )
SGT. JIM STUDDARD, *et al*.,     )
                                 )
            Defendants.          )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 18, 2007, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  An appropriate order will be entered.

DATED this 12th day of July 2007.

*Karon O. Bowdre*

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the report and recommendation mailed to the plaintiff at the address provided by him was returned by the postal service as undeliverable.  A notation on the returned envelope indicates the plaintiff has "moved."